UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-149-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| CALVIN TERRANCE DAVIS | ) | |

The United States Attorney charges that:

COUNT ONE
18 U.S.C. § 2243(b)
(Sexual Abuse of a Ward)

On or about May 18, 2016, in the Eastern District of North Carolina, within the boundaries of the Federal Correctional Complex, Butner ("FCC Butner"), an area within the special maritime and territorial jurisdiction of the United States, the defendant, CALVIN TERRANCE DAVIS, did attempt to and did knowingly engage in a sexual act as defined in Title 18, United States Code, Section 2246(2)(B), with another person, who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of CALVIN TERRANCE DAVIS, in that CALVIN TERRANCE DAVIS was a correctional officer

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

at FCC Butner, in violation of Title 18, United States Code, Section 2243(b).

                              JOHN STUART BRUCE
                              United States Attorney

BY:  /s/ Scott Lemmon
     SCOTT A. LEMMON
     Assistant United States Attorney