UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-149-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | <u>ORDER TO SEAL</u> |
| | ) | |
| CALVIN TERRANCE DAVIS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 24 be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of Docket Entry 24 to the United States Attorney's Office.

IT IS SO ORDERED, this the 29th day of September, 2017.

HON. LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE