UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Calvin Terrance Davis                    Docket No. 5:17-CR-149-1FL

### Petition for Action on Supervised Release

COMES NOW Lee Holmes, Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Calvin Terrance Davis, who, upon an earlier plea of guilty to 18 U.S.C. § 2243(b), Criminal Sexual Abuse of a Ward, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 5, 2017, to the custody of the Bureau of Prisons for a term of 13 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Calvin Terrance Davis was released from custody on November 05, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant completed a Sex Offender Assessment at Integrated Behavioral Health Services on November 26, 2018. It is recommended that, along with counselling, the defendant complete routine polygraph examinations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Eddie J. Smith                    /s/ Lee Holmes
Eddie J. Smith                        Lee Holmes
Supervising U.S. Probation Officer    Probation Officer
                                      150 Rowan Street Suite 110
                                      Fayetteville, NC 28301
                                      Phone: 910-354-2568
                                      Executed On: December 13, 2018

## ORDER OF THE COURT

Considered and ordered this __17th__ day of __December__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge